# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

NOVEMBER 19, 2019

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: Nov. 20, 2019

Re: *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

This letter is a request to modify bail conditions so that Mr. Wray may be allowed to attend Thanksgiving day in Montclair New Jersey and Christmas day in Plainfield New Jersey with his family. Mr. Wray will be returning home in EDNY on both days. Both the Government and Pretrial services approve of the request. Mr. Wray will inform Pretrial of the exact location of both destinations and otherwise continue to abide by all other conditions of his release. Thank you for the Courts time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery