# LAW OFFICE OF KENNETH J. MONTGOMERY
## P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

MARCH 20, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

This letter is a request to modify bail conditions as to Mr. Wray. Currently Mr. Wray's travel is restricted to SDNY and EDNY. Mr. Wray would like to expand his travel to include the district of New Jersey. Mr. Wray's mother is currently moving to Plainfield, New Jersey to live with his sisters during the covoid-19 pandemic. Additionally, Mr. Wray's wedding this fall is being held at a venue in Pequannock New Jersey and he is required at times to travel to the venue in preparation for the wedding.  Both the Government and Pretrial services approve of the request. Mr. Wray will continue to abide by all the other conditions of his release.Thank you for the Court's time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: March 23, 2020