# LAW OFFICE OF KENNETH J. MONTGOMERY
# P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: ___June 10, 2020___

JUNE 10, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

This request was previously filed on ecf on June 8, 2020 However, it does not appear on the docket. This letter is a travel request on behalf of Mr. Wray.  Mr. Wray would like to attend a work related conference, June 9th, 2020 to Sunday, June 14th, 2020 in Miami, Florida. The purpose of the retreat is work related. It includes daily training sessions, meal plans and informationals. Both pretrial and the Government do not object to the travel request. Mr. Wray's itinerary if the travel request is granted by the Court would be as follows:

Flight Details:
   June 6 - LGA to MIA - American Airlines Flight - AA 1626 - 3:29PM - 6:46PM
   June 14 - MIA to LGA - American Airline Flight - AA 2453 - 8:31AM - 11:25PM

He would be staying at the Fountainbleu Hotel: 4441 Collins Ave, Miami, Florida, and the conference itself will be held at the Faena Hotel: 3201 Collins, Miami, Florida. Mr. Wray will continue to abide by all the other conditions of his release.Thank you for the Court's time and consideration.

Respectfully,

*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery