# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

June 15, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: June 16, 2020

       Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      This letter is a travel request on behalf of Mr. Wray.  Mr. Wray would like to attend several business related meetings in Los Angeles, California between June 18th-June 24th.  Both pretrial and the Government do not object to the travel request. Mr. Wray will be staying at SLS Hotel in Los Angeles, located at 465 S La Cienega Blvd, Los Angeles, CA, 90048.

    Mr. Wray will continue to abide by all the other conditions of his release.Thank you for the Court's time and consideration.

                                                   Respectfully,

                                                   *Kenneth J. Montgomery*
                                                    s/
                                                   Kenneth J. Montgomery