# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

July 2, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: July 3, 2020

      Re:  *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      This letter is a travel request on behalf of Mr. Wray.  Mr. Wray would like to attend a business meeting in Los Angeles, California this monday on the 6th of July to the 8th.  Both pretrial and the Government do not object to the travel request. Mr. Wray will be staying at SLS Hotel in Los Angeles, located at 465 S La Cienega Blvd, Los Angeles, CA, 90048.

    Mr. Wray will continue to abide by all the other conditions of his release.Thank you for the Court's time and consideration.

                                       Respectfully,
                                       *Kenneth J. Montgomery*
                                       s/
                                       Kenneth J. Montgomery