# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

AUGUST 14, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED
The Application is granted.
SO ORDERED:
*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: August 14, 2020

      Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      This letter is a travel request on behalf of Mr. Wray. Mr. Wray would like to attend meetings in Los Angeles, California between August 17th-August 21st of next week. Both pretrial and the Government do not object to the travel request. Mr. Wray will be staying at SLS Hotel in Los Angeles, located at 465 S La Cienega Blvd, Los Angeles, CA, 90048.

    Mr. Wray will continue to abide by all the other conditions of his release.Thank you for the Court's time and consideration.

                                                    Respectfully,
                                                    *Kenneth J. Montgomery*
                                                    s/
                                                   Kenneth J. Montgomery