# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103

ken@kjmontgomerylaw.com

SEPTEMBER 9, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The application is granted.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
September 10, 2020

Re:  *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    This letter is a travel request on behalf of Mr. Wray. Mr. Wray would like to attend meetings in Miami, Florida between September 11th-September 14th. The meeting is with Klutch Sports and if approved he will be staying at 2901 Collins Avenue in Miami Beach. Both pretrial and the Government do not object to the travel request as long as Mr. Wray abides by all Covid related rules and restrictions including quarantine. Mr. Wray made the request last week but obviously because of the Holiday weekend we didn't get notification of the Court's granting of the defense request until September 8th.

    Mr. Wray will continue to abide by all the other conditions of his release. Thank you for the Court's time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery