# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103

ken@kjmontgomerylaw.com

SEPTEMBER 19, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: September 21, 2020

Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      This letter is a travel request on behalf of Mr. Wray. Mr. Wray has secured a recording contract for an artist he has developed with Epic records. As a result he has been asked to be in Los Angeles at Epic recording sessions for that artist from September 24th-October 18th. Both pretrial services and the government have no objections to the travel request. The Government does not object to the travel request as long as Mr. Wray abides by all Covid related rules and restrictions including quarantine.

      Mr. Wray will continue to abide by all the other conditions of his release. Thank you for the Court's time and consideration.

                                          Respectfully,
                                          *Kenneth J. Montgomery*
                                          s/
                                          Kenneth J. Montgomery