# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

DECEMBER 7, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 9, 2020

Re: *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    This letter is a travel request on behalf of Mr. Wray. Mr. Wray would like to travel to Atlanta Georgia and Phoenix Arizona for business purposes from 12/8-12/14 to Georgia and Arizona. Neither the government or pretrial have any objections to Mr. Wray's request. Mr. Wray has provided his itinerary to pretrial and will remain Covid compliant during his travel.

    Mr. Wray will continue to abide by all the other conditions of his release. Thank you for the Court's time and consideration.

Respectfully,

*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery