# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

DECEMBER 17, 2020

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 18, 2020

Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    This letter is a travel request on behalf of Mr. Wray. The defendant would like to attend a business meeting scheduled Dec 21st-23rd in Atlanta GA. Additionally on Dec 30th-Jan 4th, Mr. Wray would like to travel to Aspen to spend the New Year's with family.

    Pre trial has approved the above travel and the Government does not object. If granted Mr. Wray will provide his itinerary to pretrial and will remain Covid compliant during his travel and will continue to abide by all the other conditions of his release.

    Thank you for the Court's time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery