# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

JANUARY 4, 2021

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: January 6, 2021

Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

This letter is a travel request on behalf of Mr. Wray. The defendant would like to attend the following business meetings scheduled Jan 6th-Jan 8th in Los Angeles, Jan 8th- Jan 11th in Phoenix Arizona,  Jan 11th- Jan 15th in Atlanta Georgia, and Jan 15th-17th in Houston Texas. Pretrial services have consented to the travel and the Government does not object to the request.

If granted Mr. Wray will provide his itinerary to pretrial and will remain Covid compliant during his travel and will continue to abide by all the other conditions of his release.

Thank you for the Court's time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery