# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

May 21, 2021

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: May 24, 2021

Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      This letter is a travel request on behalf of Mr. Wray. Mr. Wray would like to travel with his family to New Orleans from May 29th- June 1st for family gathering. Neither Pretrial or the Government has any objections to the travel request as long as Mr. Wray follows all Covid mandates and precautions including quarantine restrictions. Mr. Wray will also provide pretrial with his travel itinerary.

      Mr. Wray will continue to abide by all the other conditions of his release. Thank you for the Court's time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery