# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

JULY 30, 2021

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated:  August 3, 2021

Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

This letter is a request for Mr. Wray to travel for business on August 7th-August 13th. Mr. Wray will be traveling to Los Angeles and Las Vegas. Mr. Wray has provided his itinerary to pretrial services. Both Pretrial and the Government consent to the trip. Mr. Wray will continue to abide by all other conditions of his bond and also remain CDC compliant concerning the Covid virus.

Thank you for the Court's time and consideration.

Respectfully,

*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery