# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103

ken@kjmontgomerylaw.com

AUGUST 7, 2021

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: August 9, 2021

Re: *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      I am away on vacation for the next scheduled status conference for the above matter. I am requesting the Court's permission to have Attorney Steven Lynch who is also a member of the CJA panel in the SDNY appear on my behalf.

      Thank you for the Court's time and consideration.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery