UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JELANI WRAY,
    a/k/a "Lani,"
    a/k/a "J.R.,"

                  Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Jelani Wray's sentencing will take place on **February 25, 2022 at 1:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Wray are due by **January 28, 2022**. The Government's submission is due by **February 4, 2022**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Wray.

Dated: New York, New York
       October 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge