# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

November 23, 2021

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    This letter is a travel request on behalf of Mr. Wray. Mr. Wray would like to travel for business purposes and with his family on the following dates:1) 12/3/21-12/6/21 to Miami Florida, 2) 12/30/21-1/1/22 to New Orleans, LA, 3) 1/122-1/3/22 to Aspen Colorado, 4) 1/14/22-1/17/22 to Houston Texas.

    Pretrial services has approved the travel request and the Government does not have any objections to the above-mentioned travel request. Mr. Wray will also provide pretrial services with the details of all of his travel itinerary.  Thank you for the Court's time and consideration in this matter.

                                        Respectfully,
                                        *Kenneth J. Montgomery*
                                        s/
                                        Kenneth J. Montgomery

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 30, 2021