```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    ORDER
            - v. -                    :
                                      :    19 Cr. 789 (PGG)
JELANI WRAY,                          :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

WHEREAS, with the consent of defendant Jelani Wray, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on October 12, 2021;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         December 15, 2021

_____
THE HON. PAUL G. GARDEPHE
United States District Judge
Southern District of New York