# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

FEBRUARY 2, 2022

**BY ECF**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      This letter is a defense request to adjourn sentencing of Mr. Wray which is scheduled on February 25th.  I am a scheduled presenter at the Federal Capital Defense Seminar in Monterrey California during the week of sentencing and I am scheduled to begin trial on a homicide on March 7th. If it so pleases the Court I am requesting that Mr. Wray's sentencing be scheduled to the 3rd week of March or whatever date is convenient for the Court. I have corresponded with the Government and they have no objection to my request.

      Thank you for the Courts time and consideration in this matter.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery

**MEMO ENDORSED**:
The application is granted.  The Defendant's sentencing, currently scheduled for February 25, 2022, will now take place on **April 8, 2022 at 11:00 a.m.**  Any submissions on behalf of the Defendant are now due by **March 25, 2022**.  The Government's sentencing submission is due by **April 1, 2022**.

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated: February 1, 2022