UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :

UNITED STATES              :   **ORDER**

v.                               :   19 Cr. 789 (PGG)

JELANI WRAY,              :

             Defendant.    :

- - - - - - - - - - - - - - - - x

    Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Mathew Andrews, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the below-referenced records maintained by the Office of the Clerk of Court for the United States District Court for the Southern District of New York.

    IT IS HEREBY ORDERED that the financial affidavit for defendant Jelani Wray, charged in *United States v. Anthony Rose et al.*, 19 Cr. 789 (PGG), be unsealed to permit the United States Attorney's Office to review the contents of the records.

Dated:   New York, New York
        March 30, 2022

                                            */s/ Paul G. Gardephe*
                                THE HONORABLE PAUL G. GARDEPHE
                                UNITED STATES DISTRICT JUDGE
                                SOUTHERN DISTRICT OF NEW YORK