UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JELANI WRAY,

                   Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Sentencing in this matter is scheduled for April 8, 2022, at 2:00 p.m.

        The presentence report states that the Defendant opened an account at Capital One Bank on May 8, 2015 under the name "Law Cash Advances," "with a starting balance of $1,100,306.77" and subsequent "withdrawals total[ing] $477,205.50." (PSR (Dkt. No. 698) ¶ 142) In his March 2, 2022 submission, the Defendant claims

> [t]he PSR inaccurately suggests that Mr. Wray opened a bank account in the name of Law Cash Advances in the amount of a million dollars, [and] we believe that is another unrelated company that they are connecting to the defendant in error.

(Def. Br. (Dkt. No. 787) at 2 n.1)  The Government does not address this objection in its March 31, 2022 submission.  (See Govt. Br. (Dkt. No. 817))  Accordingly, the Government will submit a letter responding to the Defendant's objection by **5:00 p.m. on April 7, 2022**.

Dated: New York, New York
       April 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge