# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

APRIL 14, 2022

**BY EMAIL**
The Honorable Paul G. Gardephe(PGG)
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:   *United States v. Jelani Wray*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

       This letter is a request that the Court recommend my client be designated at USP Lewisburg which is close to my client's family and wife. Thank you for the Court's time and consideration in this matter.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery

MEMO ENDORSED

The Application is granted.

SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 14, 2022